IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE CO-OP, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE ELIZABETH LUCAS COMPANY, LLC,<br>ELIZABETH LUCAS, AND SCOTT LUCAS,<br><br>　　　　Defendants.　　　　　　　／ | No. M 12-80006 CW<br><br>ORDER OF<br>REFERENCE TO<br>MAGISTRATE JUDGE |

　　Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to quash or stay subpoena, or in the alternative, motion for protective order and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 1/18/2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:   MagRef; Assigned M/J w/mo.