IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE CO-OP, INC., | No. M 12-80006 CW |
|     Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
|   v. | |
| THE ELIZABETH LUCAS COMPANY, LLC, ELIZABETH LUCAS, AND SCOTT LUCAS, | |
|     Defendants. / | |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to quash or stay subpoena, or in the alternative, motion for protective order and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 1/18/2012

                                    CLAUDIA WILKEN
                                    United States District Judge

cc: MagRef; Assigned M/J w/mo.

**United States District Court**
For the Northern District of California